FILED
2/23/2015 3:00:51 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Anthony Barrow

ACCEPTED
04-15-00096-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/23/2015 4:16:45 PM
KEITH HOTTLE
CLERK

## 04-15-00096-CV

Cause No. 2014-CI-03033

| | | |
|---|---|---|
| MOAB CONSTRUCTION | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 407th JUDICIAL DISTRICT |
| | § | |
| ALS 88 DESIGN BUILD, LLC | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/23/2015 4:16:45 PM
KEITH E. HOTTLE
Clerk

### NOTICE OF INTERLOCUTORY APPEAL

Now Comes, ALS 88 Design Build, LLC, and files this Notice of Interlocutory Appeal as follows:

I.

This suit involves a claim for damages by MOAB Construction Company, Inc. arising out of a construction project wherein ALS 88 Design Build, LLC was hired as a licensed and registered Architect to provide specifications and design plans for the project. MOAB terminated the services of ALS 88 Design Build, LLC and thereafter filed this suit. ALS 88 Design Build, LLC filed a motion to dismiss MOAB Construction Company's claims pursuant to Tex. Civ. Prac. & Rem. Code §150.002(b) & (e), asserting the certificate of merit filed by MOAB to support its claims failed to comply with the mandatory requirements of §150.002(b).

At a hearing on the motion preceding a trial on the merits on February 23, 2015, the trial court denied the motion and ALS 88 Design Build, LLC gave oral notice of interlocutory appeal; Tex. Civ. Prac. & Rem. Code §150.002(f) provides for an immediate interlocutory appeal from an order granting or denying a motion to dismiss under this chapter.

Respectfully submitted this the 23rd day of February, 2015.

**Regina Bacon Criswell**
*Attorney and Counselor at Law*
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250

By: /S/ Regina Bacon Criswell
SBN: 01496580
(210) 775-1155 (ofc)
(210) 251-2071 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing was served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Tom Hall                              Via facsimile
*Attorney for MOAB Construction Company, Inc.*


/S/Regina Bacon Criswell
REGINA B. CRISWELL